IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT GEORGE STEER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| INS | : | NO. 02-5017 |

## ORDER

_____AND NOW, this _____ Day of July, 2002, it appearing that petitioner has filed the above-captioned matter, which attacks his detention by immigration authorities, and which is therefore a matter brought pursuant to 28 U.S.C. §2241 and not 28 U.S.C. §2254, it is hereby

ORDERED that leave is granted Petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing of a notice of appeal, and, it is further

ORDERED that the Clerk of Court shall reclassify this civil action for all purposes as one brought pursuant to 28 U.S.C. §2241.

_____
BRUCE W. KAUFFMAN, J.