IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALBERT GEORGE STEER** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-5017 |
| **IMMIGRATION AND** | : | |
| **NATURALIZATION SERVICE, <u>et al.</u>** | : | |

**<u>ORDER</u>**

     **AND NOW**, this _____ day of April, 2003, the Court having previously granted Petitioner leave to proceed in forma pauperis, **IT IS ORDERED** that service of Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C.§ 2241 shall be effected by a United States Marshal, Deputy United States Marshal, or other person or officer specially appointed by the United States Marshals Service for that purpose. <u>See</u> Fed. R. Civ. P. 4(c)(2). It is **FURTHER ORDERED** that Respondents shall respond to the Petition within thirty (30) days of the date of service.

                                                                       **BY THE COURT:**

                                                                       _____

                                                                       **BRUCE W. KAUFFMAN, J.**