```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALBERT GEORGE STEER              :
                                 :
                                 :    CIVIL ACTION NO. 02-5017
         Plaintiff,              :
                                 :
                                 :
         v.                      :
                                 :
IMMIGRATION AND NATURALIZATION   :
SERVICE, et al.                  :

         Defendant.
```

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Immigration and Naturalization Service in the above-captioned matter.

```
                         S/_____
                         Susan Dein Bricklin
                         Assistant United States Attorney
                         Senior Litigation Counsel
                         615 Chestnut Street, Suite 1250
                         Philadelphia, PA 19106
                         (215) 861-8318
                         PA I.D. No.  20282
```

Dated: _____

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Albert George Steer
>c/o United States Embassy
>Jamaica Mutual Life Center
>2 Oxford Road, 3rd Floor
>Kingston, 5, Jamaica, W.I.

                              s/_____
                              Susan Dein Bricklin
                              Assistant United States Attorney
                              Senior Litigation Counsel

Dated: _____