IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALBERT GEORGE STEER** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | **NO. 02-CV-5017** |
| **IMMIGRATION AND** : | |
| **NATURALIZATION SERVICE, <u>et al.</u>** : | |

**<u>ORDER</u>**

**AND NOW**, this _____ day of May, 2003, upon consideration of Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket no. 1) and the Government's Response thereto (docket no. 5), and the Court having been advised that Petitioner was deported to Jamaica on January 31, 2003, it is **ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED** as moot.[1]  It is **FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** statistically.

---

[1]   In his Petition, Petitioner claimed solely that his <u>detention</u> violated both his procedural and substantive due process rights.  He did not challenge the legality of the order of removal against him. In fact, when the Petition was filed there was no final order of removal against Petitioner.  Because Petitioner's deportation ended his detention by Respondents and thus effected the complete relief requested in the Petition, the Petition is moot. See <u>Diaz v. Duckworth</u>, 143 F.3d 345 (7th Cir. 1998) (deportation rendered moot habeas petition challenging petitioner's loss of "good time credit" while in prison); <u>Hose v. I.N.S.</u>, 180 F.3d 992, 996 (9th Cir. 1999).  <u>Cf.</u> <u>Chong v. District Director, INS</u>, 264 F.3d 378 (3d Cir. 2001) (deportation does not render habeas petition challenging order of removal moot, where petitioner can show collateral consequences flowing from removal order). See also <u>Blanciak v. Allegheny Ludlum Corp.</u>, 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**